**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MICHAEL PATRICK JENSEN, Civil No. 02-371 DWF/AJB

Plaintiff,

v. **PRETRIAL SCHEDULING ORDER**

OFFICER ENRIQUEZ, ET AL.,

Defendants.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by April 1, 2003.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before May 2, 2002.

3. Expert Witnesses

   a. Plaintiff shall disclose the identity of expert witnesses under Rule 26(a)(2)(A) on or before August 1, 2002.

   b. Defendant shall disclose the identity of expert witnesses under Rule 26(a)(2)(A) on or before September 1, 2002.

   c. Full disclosure required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by expert witnesses, shall be made on or before February 15, 2003.

Filed MAY 0 2 2002
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

4. No more than 50 interrogatories (counted in accordance with Fed.R.Civ.P. 33(a)) shall be served by any party.

5. No more than 10 factual depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 3 expert depositions.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be served by August 1, 2002.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by, May 1, 2003.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be served by the parties by June 1, 2003. (Counsel are reminded that they must anticipate the time required for scheduling a hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a Jury trial on October 1, 2003, or upon resolution of any pending dispositive motions. Each party may call no more than 3 expert witnesses. Anticipated length of trial is 5 days.

Dated: 5/2/02

Arthur J. Boylan
United States Magistrate Judge