**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Michael Patrick Jensen,**

**Plaintiff,**

**vs.**

**Officer Enriquez, individually and in his official capacity, Corporal Halvorson, individually and in his official capacity, Corporal Hentges, individually and in his official capacity, Officer Peterson, individually and in his official capacity; Chief Robert Olson, individually and in his official capacity and the City of Minneapolis,**

**Defendants.**

**Civil No.: 02-371 DWF/AJB**

**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS ENRIQUEZ, HALVORSON, HENTGES AND PETERSON**

---

It is hereby stipulated by and between the parties hereto, through their respective undersigned attorneys, that all claims against Defendants Enriquez, Halvorson, Hentges, and Peterson, individually and in their capacities as a Minneapolis Police Officers may be and are hereby dismissed but without cost to any party; and the Court, upon filing of this Stipulation, is hereby authorized and directed to so dismiss the action against said Defendants.

Dated: 10/22/03

[signature]
KENNETH UDOIBOK
Attorney Reg. No. 0262523
Attorney for Plaintiff
Strommen Building – Lower Level
2460 University Avenue
St. Paul, MN 55114

Dated: 10/21/03

[signature]
JAMES A. MOORE
Assistant City Attorney
Attorney Reg. No. 16883X
Attorneys for Defendants
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2063

FILED 10.27.03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK VEM

**ORDER**

The matter having come on before the Court on the foregoing Stipulation of the parties.

IT IS HEREBY ORDERED that all claims against Defendants Enriquez, Halvorson, Hentges and Peterson are dismissed, without cost to any party.

BY THE COURT

Dated: October 27, 2003

Judge Donovan W. Frank