**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Michael Patrick Jensen,**

**Plaintiff,**

**vs.**

**Chief Robert Olson, individually and in his official capacity and the City of Minneapolis,**

**Defendants.**

**Civil No.: 02-371 DWF/AJB**

**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS CITY OF MINNEAPOLIS AND CHIEF ROBERT OLSON**

It is hereby stipulated by and between the parties hereto, through their respective undersigned attorneys, that all claims against Defendants City of Minneapolis and Chief Robert Olson, individually and in his official capacity may be and are hereby dismissed but without cost to any party; and the Court, upon filing of this Stipulation, is hereby authorized and directed to so dismiss the action against said Defendants.

Dated: 11/6/03

KENNETH UDOIBOK
Attorney Reg. No. 0262523
Attorney for Plaintiff
Strommen Building – Lower Level
2460 University Avenue
St. Paul, MN 55114

Dated: November 3, 2003

JAMES A. MOORE
Assistant City Attorney
Attorney Reg. No. 16883X
Attorneys for Defendants
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2063

NOV 14 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

The matter having come on before the Court on the foregoing Stipulation of the parties.

IT IS HEREBY ORDERED that all claims against Defendants City of Minneapolis and Robert Olson are dismissed, without cost to any party.

BY THE COURT

Dated: November 14, 2003

Judge Donovan W. Frank

For Immediate Release
October 30, 2003

# PRESS RELEASE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
300 South Fourth Street, Suite 202, Minneapolis, Minnesota
Contact: Richard D. Sletten, Clerk, (612) 664-5026

## FEDERAL COURT AMENDS LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the approval, of amendments to its local rules of practice recommended by the Court's Federal Practice Committee chaired by Minneapolis Attorney Jeff Keyes of the Briggs and Morgan law firm.

Local Rules 67.1 and 83.11 amendments:

### LR 67.1 MONEY PAID INTO COURT

Unless otherwise ordered by the Court, all monies coming into the registry of this Court shall be deposited in an interest bearing account in a depository approved by the Treasurer of the United States, subject to withdrawl by checks drawn by the Clerk of Court pursuant to orders of the Court. The Clerk of Court shall deduct from the income earned on the investment a registry fee, as set by the Director of the Administrative Office of the United States Courts. The fee will be deducted when funds are withdrawn and distributed. For further registry fee information, refer to the Guide to Judiciary Policy and Procedures Chapter VII, Financial Management, Part I, Registry Funds.

### LR 83.11 DIVISIONS, OFFICES OF THE CLERK, CALENDARS

(a) Divisions. The State of Minnesota constitutes one judicial district, divided into six divisions. Cases in this District are assigned to particular divisions and particular judges pursuant to the Order for Assignment of Cases that has been adopted by the Judges of the District Court. The Order for Assignment of Cases may be modified from time to time as the District Court Judges see fit.

(b) Offices of the Clerk. The Clerk of Court maintains offices in St. Paul, Minneapolis, and Duluth. The St. Paul, Minneapolis and Duluth offices are open from 8:00 a.m. to 5:00 p.m. All offices are open Monday through Friday, with the following exceptions: New Year's Day; Martin Luther King, Jr.'s Birthday; President's Day; Memorial Day; Independence Day; Labor Day; Columbus Day; Veterans Day; Thanksgiving Day; and Christmas Day.

The files for matters pending before the Court are maintained in the office in the division to which the case is assigned. However, papers relative to any case may be filed in any office.

(c) Calendars. The Court operates on an individual calendar system. Judges in active service are assigned and assume responsibility for their proportionate share of the total cases filed in the district. Inquiries as to motions, probable trial date, or other matters having to do with a particular case may be addressed to the deputy clerk serving as calendar clerk for the Judge to whom the case has been assigned.